### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR24 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Daniel Webster (Webster) (Filing No. 18). Webster seeks a continuance of the trial of this matter which is scheduled for March 28, 2011. Webster's counsel has represented to the court that Webster will submit an affidavit wherein Webster represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Webster's motion to continue trial (Filing No. 18) is granted.

2. Trial of this matter is re-scheduled for **May 16, 2011,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 14, 2011, and May 16, 2011,** shall be deemed **excludable** time in any computation of time under the requirements of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 14th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge