IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:011CR24 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

Following hearing on the defendant's Motion for Release (Filing No. 64),

IT IS ORDERED:

1. The defendant's motion (Filing No. 64) is granted.

2. The defendant is to be released to Bristol Station, Hastings, Nebraska, and is ordered to remain, participate in and complete its program and obey all rules of the program including any drug treatment component.

3. Sentencing in this matter remains scheduled for **July 22, 2011, at 2:30 p.m.**

4. The defendant is to be released on **June 15, 2011** from the custody of the United States Marshal and shall immediately report to Bristol Station.

5. The defendant will also abide by all the terms and conditions of his pretrial release previously imposed.

DATED this 14th day of June, 2011.

BY THE COURT:

s/Joseph F. Bataillon
CHIEF DISTRICT JUDGE